**SIGNED.**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

Dated: July 08, 2010

## Minute Entry



*Randolph J. Haines*
RANDOLPH J. HAINES
U.S. Bankruptcy Judge

### Hearing Information:

| | |
|---|---|
| **Debtor:** | GELLERWP, LLC |
| **Case Number:** | 2:09-bk-01591-RJH    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JULY 06, 2010 11:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | ANDAMO PURVIS |

### Matters:

1) HEARING ON CONFIRMATION OF MODIFIED PLAN
   R / M #:   126 / 0

2) EXPEDITED HEARING ON THE RECEIVER'S MOTION TO RETAIN CONTRACTORS SAFARI POOLS & SPA & RAMM ENGINEERING TO REPAIR & CONDUCT SOIL SURVEY ON DEBTOR'S POOL PROPERTY
   R / M #:   135 / 0

### Appearances:

MARK HUDSON, ATTORNEY FOR GELLERWP, LLC
DARYL J. DORSEY, ATTORNEY FOR MORRISON, EKRE & BART MANAGEMENT SERVICE
ISAAC GABRIEL, CATMARK

### Proceedings:

ITEM #1

Mr. Hudson urged the Court to set a continued hearing to insure the agreements are executed and entered into and the plan can be confirmed.

Mr. Gabriel stated he only has authority to continue this hearing for a week from his client.

COURT:  IT IS ORDERED CONTINUING THIS HEARING AS A NONEVIDENTIARY HEARING TO 1:30 PM. JULY 14, 2010.

ITEM #2

Mr. Dorsey stated there are no objections to the motion.

COURT:  IT IS ORDERED GRANTING THE MOTION.

_____
RANDOLPH J. HAINES
U.S. BANKRUPTCY JUDGE